

The following constitutes
the order of the court. Signed December 10, 2014

_Charles Novack_
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>DOUGLAS L. FOUST,<br>      Debtor. | Case No. 12-49299 CN<br>Chapter 7 |
| DEANNE HARVEY,<br>      Plaintiff,<br>vs.<br>DOUGLAS L. FOUST,<br>      Defendant. | Adversary No. 13-4042 CN<br><br>**AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    A status conference in this adversary proceeding was held on December 8, 2014. Appearances were stated on the record. For the reasons stated on the record,

    **IT IS HEREBY ORDERED** that the case management conference is continued to **March 2, 2015 at 10:00 a.m.** in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California. The parties shall file and serve status conference statements by **February 25, 2015.**

* * * END OF ORDER * * *

**COURT SERVICE LIST**

Recipients are ECF participants

2

AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case: 13-04042    Doc# 25    Filed: 12/10/14    Entered: 12/10/14 13:05:59    Page 2 of 2